No. 90–1214.   WILLIAMSON v. ABILENE INDEPENDENT SCHOOL
DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.   ▇▇▇▇
▇▇▇▇▇▇▇

No. 90–1216.   TRANSPORTATION•COMMUNICATIONS INTERNA-
TIONAL UNION v. MT PROPERTIES, INC.   C. A. 8th Cir.   Certio-
rari denied.   ▇▇▇▇▇▇▇▇▇▇▇▇

No. 90–1219.   TOCCO v. NEW JERSEY COUNCIL ON AFFORD-
ABLE HOUSING ET AL.   Super. Ct. N. J., App. Div.   Certiorari
denied.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

No. 90–1220.   POLUR v. RAFFE ET AL.   C. A. 2d Cir.   Certio-
rari denied.   ▇▇▇▇▇▇▇▇

No. 90–1221.   LITTON INDUSTRIAL AUTOMATION SYSTEMS,
INC., ET AL. v. GENERAL ELECTRIC CO.   C. A. 8th Cir.   Certio-
rari denied.   ▇▇▇▇▇▇▇▇

No. 90–1224.   CONTRERAS ET AL. v. CITIBANK (SOUTH DA-
KOTA) ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.   ▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

No. 90–1227.   DELGAUDIO ET AL. v. KENDRICK, JUDGE, CIR-
CUIT COURT OF ARLINGTON COUNTY, VIRGINIA.   Sup. Ct. Va.
Certiorari denied.

No. 90–1228.   FYKE v. ILLINOIS.   App. Ct. Ill., 5th Dist.
Certiorari denied.   ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇

No. 90–1235.   JET CHARTER SERVICE, INC. v. BANQUE
PARIBAS (SUISSE), S. A.   C. A. 11th Cir.   Certiorari denied.
▇▇▇▇▇▇▇▇

No. 90–1236.   PHELPS v. MATTHEWS, AKA JOHNSON, ET AL.
Ct. App. Colo.   Certiorari denied.

No. 90–1238.   DERSTEIN v. BENSON ET AL.   C. A. 10th Cir.
Certiorari denied.   ▇▇▇▇▇▇▇▇

No. 90–1245.   KOLLER v. RICHARDSON-MERRELL, INC.   C. A.
D. C. Cir.   Certiorari denied.